# LeClairRyan

A Professional Limited Liability Company
One Riverfront Plaza
1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102
(973) 491-3600
David W. Phillips, Esq.
Attorneys for Plaintiff Coldwell Banker Real Estate, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE BELLMARC GROUP LLC; AC LAWRENCE REAL ESTATE LLC; BELLMARC BROKERAGE MIDTOWN, INC.; BELLMARC DOWNTOWN LLC.; BELLMARC EAST LLC; BELLMARC WEST LLC; BELLMARC SIMONE SONG INC.; BELLMARC GRAMERCY/CHELSEA INC.; NEIL BINDER, AN INDIVIDUAL; NICE IDEA LLC; AMD ALL ENTERPRISES, LLC,<br><br>Defendants. | Civil Action No. 14-cv-07926 MCA-MAH<br><br><br>**CERTIFICATION OF NELSON BENNETT** |

I, Nelson Bennett, of full age, certify as follows.

1. I make this certification from personal knowledge, and in support of the motion to quash the subpoena delivered to Coldwell Banker Real Estate, LLC

("Coldwell Banker"), seeking to have me appear to testify at trial in Newark, New Jersey.

2. I was formerly Senior Vice President of plaintiff Coldwell Banker. However, I left that position in 2016, and retired.

3. Since 2016, I have resided in Florida. I am not employed.

4. I do not transact business in person in New Jersey.

5. In August 2016 I was diagnosed with throat cancer. I have completed radiation therapy, and only recently have been able to speak without pain. I do not want to travel to New Jersey to testify.

I certify that the foregoing statements made by me are true, under penalty of perjury.

DATED:   November 12, 2018

_____
Nelson Bennett