UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>THE BELLMARC GROUP LLC, et al.,<br><br>*Defendants*. | Civil Action No. 14-7926<br><br>ORDER AND FINAL JUDGMENT |

**THIS MATTER** having come before the Court by way of a bench trial from May 19-20, 2021;

and for the reasons set forth in the accompanying findings of fact and conclusions of law;

**IT IS** on this 9th day of September, 2021,

**ORDERED** that judgment is entered against Defendants The Bellmarc Group LLC, The Bellmarc Group LLC, Bellmarc Downtown LLC, Bellmarc Brokerage Midtown Inc., Bellmarc East LLC, Bellmarc West LLC, Bellmarc Simone Song Inc., Bellmark Gramercy Chelsea Inc., AC Lawrence Real Estate LLC, and Neil Binder in the amount of $7,593,262.80, and reasonable attorneys' fees and costs; and it is

**ORDERED** that Plaintiff Coldwell Banker Real Estate, LLC submit a motion and accompanying evidence supporting its request for reasonable attorneys' fees and costs by **October 1, 2021**; and it is further

**ORDERED** that to the extent Plaintiff seeks additional fees as a result of accounting, they may file a new and separate action and identify it as a "related" case.

                                                  */s Madeline Cox Arleo*
                                                  **MADELINE COX ARLEO**
                                                  UNITED STATES DISTRICT JUDGE