UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COLDWELL BANKER REAL ESTATE LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**THE BELLMARC GROUP, LLC, et al.,**<br><br>*Defendants.* | Civil Action No. 14-7926(MCA)<br><br>ORDER |

**THIS MATTER** comes before the Court by way of plaintiffs' motion for attorney fees, ECF No. 240;

and it appearing that Judge Hammer issued a Report and Recommendation dated November 29, 2021, in which Judge Hammer recommended that this Court grant plaintiffs' motion for attorney fees, ECF. No. 250; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Hammer's Report and Recommendation;

**IT IS** on this 22nd day of December, 2021,

**ORDERED** that Judge Hammer's Report and Recommendation dated November 29, 2021, is **ADOPTED** and plaintiffs' motion for attorney fees in the amount of $808,972.90 and $26,579.34 for costs, ECF. No. 240 is **GRANTED.**

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**